IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JEREMY GREY,

      Plaintiff,

v.                                    Case No.: 2:23-cv-2482

RIVER CITY COMPANIES,
INC.,

      Defendant.

---

## NOTICE OF SETTLEMENT

---

COME NOW, the Parties, by and through undersigned counsel of record, and hereby give notice that the Parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing the approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 6th day of February, 2024.

RESPECTFULLY SUBMITTED,

*s/ Davis A. Stephenson*
Davis A. Stephenson #039015
WAMPLER, CARROLL, WILSON
AND SANDERSON, P.L.L.C.
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
alex@wcwslaw.com
***Attorney for Plaintiff***

*s/ Kyra H. Short*
Kyra H. Short

1

7700 Bonhomme Ave., Suite 650
St. Louis, MO 63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3936
Kyra.short@ogletree.com

Erin A. Shackelford
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: (615) 254-1900
Facsimile: (615) 254-1908

**_Attorneys for Defendant_**