**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JEREMY GREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02482-TLP-tmp |
| v. | ) | |
| | ) | |
| RIVER CITY COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's

Complaint, filed on August 8, 2023.  (ECF No. 1.)  In accordance with the Stipulation of

Dismissal (ECF No. 33), agreed to by the parties in the case and under Federal Rules of Civil

Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH**

**PREJUDICE**.  Each party shall bear their own costs.

**APPROVED:**

s/Thomas L. Parker_____
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

April 17, 2024_____
Date